Fill in this information to identify the case:

Debtor 1 Thomas E. C. Primeau, AKA Thomas E. Primeau, AKA Tom Primeiu Jr., AKA Thomas Primeau, AKA Thomas Edmund Primeau Jr., AKA Thomas E. Primeau Jr., AKA Thomas E. Primetu, AKA Thomas Primeau Jr., AKA Tom E. Primeau, AKA Thomas E.C. Primeau

Debtor 2 Terrilynn L. Primeau, AKA Terrilynn L. Primeau, AKA Terrilyn Primeau, FKA Terry L. McGlynn, AKA Terri Lynn Primeau, AKA Terrilynn Primeau, FKA Terrilynn McGynn
(Spouse, if filing)

United States Bankruptcy Court for the Eastern District of Michigan

Case number 17-44768-PJS

Official Form 410S1
# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Sun West Mortgage Company, Inc.

**Last four digits** of any number you use to identify the debtor's account: 6000

**Court claim no. (if known):** 7

**Date of payment change:** January 1, 2020
Must be at least 21 days after date of this notice

**New total payment:** $1,256.16
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $452.40   New escrow payment: $445.73

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____  New interest rate: _____
   Current principal and interest payment: _____  New principal and interest payment: _____

Debtor1 Thomas E. C. Primeau, AKA Thomas E. Primeau, AKA Tom Primeiu Jr., AKA Thomas Primeau, AKA Thomas Edmund Primeau Jr., AKA Thomas E. Primeau Jr., AKA Thomas E. Primetu, AKA Thomas Primeau Jr., AKA Tom E. Primeau, AKA Thomas E.C. Primeau

First Name   Middle Name   Last Name

Case Number (*If known*): 17-44768

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____ New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

_Craig B. Rule_ (Signature)

Date: November 20, 2019

Title: Attorney for Sun West Mortgage Company, Inc.

Print:
Craig B. Rule, Esq. P67005
Elizabeth M. Abood-Carroll, Esq. P46304
Heather D. McGivern, Esq. P59393
Ryan J. Byrd, Esq. P75906

First Name   Middle Name   Last Name

Company: Orlans PC

Address: P.O. Box 5041
Number   Street
Troy, MI 48007

Contact phone: (248) 502-1400

Contact Email: crule@orlans.com

SUN WEST MORTGAGE COMPANY, INC.
6131 ORANGETHORPE AVE, SUITE 500
BUENA PARK        CA 90620

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT                 11-12-19
            PROJECTIONS FOR COMING YEAR

                                    Acct  ██████   Paid to 04-01-19
THOMAS E.C. PRIMEAU                 ******* Property Address ********
9269 DIXON RD                       9269 DIXON RD

MONROE MI 48161-9661                MONROE MI 48161-9661

As of 11-12-19, this is an estimate of activity in your escrow account during
the coming year based on payments anticipated to be made to and from your account.

| Month | Payments | Disbursed | Description | Balance |
|---|---|---|---|---|
| | | | Starting Balance | 1,226.50 |
| January | 445.73 | 943.84- | City Tax | 728.39 |
| January | | 163.07- | FHA Insur | 565.32 |
| February | 445.73 | 163.07- | FHA Insur | 847.98 |
| March | 445.73 | 163.07- | FHA Insur | 1,130.64 |
| April | 445.73 | 163.07- | FHA Insur | 1,413.30 |
| May | 445.73 | 163.07- | FHA Insur | 1,695.96 |
| June | 445.73 | 163.07- | FHA Insur | 1,978.62 |
| July | 445.73 | 163.07- | FHA Insur | 2,261.28 |
| August | 445.73 | 631.13- | City Tax | 2,075.88 |
| August | | 163.07- | FHA Insur | 1,912.81 |
| September | 445.73 | 163.07- | FHA Insur | 2,195.47 |
| October | 445.73 | 1,817.00- | Haz Insur | 824.20 |
| October | | 163.07- | FHA Insur | 661.13 |
| November | 445.73 | 163.07- | FHA Insur | 943.79 |
| December | 445.73 | 163.07- | FHA Insur | 1,226.45 |

Your anticipated escrow balance including all payments to and from escrow through
the month of 12-19 is $1,336.01. According to this analysis, your starting balance
on 01-01-20 should be $1,226.50.
This means you have a surplus of $109.51. This surplus must be returned to
you unless it is less than $50 or your account is not current.
We will send you a check for the surplus within the next 30 days.
Please contact SWMC within 15 days if you wish to leave the excess amount in the
escrow account or apply the excess amount towards your next monthly installment
of principal and interest.
(Please keep this statement for comparison with the actual activity in your
account at the end of the escrow accounting computation year.)

 New monthly  mortgage payment      Principal & Interest   810.43
   effective with 01-01-20 payment: Escrow Payment         445.73
                                    Total Payment        1,256.16

```
                ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT              11-12-19
                      ACCOUNT HISTORY (with comparison)
                                              Acct ▆▆▆▆▆▆▆  Paid to 04-01-19
THOMAS E.C. PRIMEAU                           ******** Property-Address ********
9269 DIXON RD                                 9269 DIXON RD

MONROE MI 48161-9661                          MONROE MI 48161-9661
This is a statement of actual activity in your escrow account from January 2019 through
December 2019. The projections previously given you are next to the actual activity.
        Projected  Actual     Projected                   Actual     Projected  Actual
        Payments   Payments   Payments                    Payments   Escrow     Escrow
        to         to         from                        from       Account    Account
Month   Escrow     Escrow     Escrow     Description      Escrow     Balance    Balance
                                         Starting Balance            575.89     2,533.46-
01/19              441.79     943.84-    City Tax                *   367.95-    2,091.67-
01/19                         163.07-    FHA Insurance    163.07-    531.02-    2,254.74-
02/19   451.00     441.79     163.07-    FHA Insurance    163.07-    243.09-    1,976.02-
03/19   451.00     441.79     163.07-    FHA Insurance    163.07-    44.84      1,697.30-
04/19   451.00     452.40     163.07-    FHA Insurance    163.07-    332.77     1,407.97-
05/19   451.00     452.40     163.07-    FHA Insurance    163.07-    620.70     1,118.64-
06/19   451.00     904.80     163.07-    FHA Insurance    163.07-    908.63     376.91-
07/19   451.00                163.07-    FHA Insurance    163.07-    1,196.56   539.98-
08/19   451.00     452.40     616.35-    City Tax         631.13-*   1,031.21   718.71-
08/19                         163.07-    FHA Insurance    163.07-    868.14     881.78-
09/19   451.00     452.40     163.07-    FHA Insurance    163.07-    1,156.07   592.45-
10/19   451.00     452.40     1,895.00-  Hazard Insurance 1,817.00-* 287.93-    1,957.05-
10/19                         163.07-    FHA Insurance    163.07-    451.00-    2,120.12-
11/19   451.00     [3,166.80] 163.07-    FHA Insurance            *  163.07-    [1,046.68]
12/19   451.00     [452.40]   163.07-    FHA Insurance    [163.07-]  124.86     [1,336.01]
An asterisk(*) indicates a difference from a previous projection in the date or the amount.
Brackets [] indicate an estimated amount.
                        ******** P a y m e n t ********
                        Principal & Interest       810.43
                        Escrow Payment             441.79
Your monthly payment from 01-01-19 - 01-01-19 was:   1,252.22
                        ******** P a y m e n t ********
                        Principal & Interest       810.43
                        Escrow Payment             452.40
Your monthly payment from 02-01-19 - 12-01-19 was:   1,262.83
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

In re:

| | |
|---|---|
| Thomas E. C. Primeau | Chapter 13 |
|   AKA Thomas E. Primeau | Case Number 17-44768-PJS |
|   AKA Tom Primeiu Jr. | Honorable Phillip J Shefferly |
|   AKA Thomas Primeau | |
|   AKA Thomas Edmund Primeau Jr. | |
|   AKA Thomas E. Primeau Jr. | |
|   AKA Thomas E. Primetu | |
|   AKA Thomas Primeau Jr. | |
|   AKA Tom E. Primeau | |
| Terrilynn L. Primeau | |
|   AKA Terrilynn L. Primeau | |
|   AKA Terrilyn Primeau | |
|   FKA Terry L. McGlynn | |
|   AKA Terri Lynn Primeau | |
|   AKA Terrilynn Primeau | |
|   FKA Terrilynn McGynn | |

       Debtors
_____/

**PROOF OF SERVICE**

The undersigned states that on November 20, 2019 copies of NOTICE OF PAYMENT CHANGE were filed with

the Clerk of the Court using the ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| David Wm Ruskin | Gregory T. Osment |
| 26555 Evergreen, Suite 1100 | 13 Washington Street, Suite 1 |
| Southfield, MI 48076 | Monroe, MI 48161 |

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, copies of NOTICE OF PAYMENT CHANGE to the following non-ECF participants:

| | |
|---|---|
| Thomas E. C. Primeau | Terrilynn L. Primeau |
| 9269 Dixon Rd., | 9269 Dixon Rd., |
| Monroe, MI 48161 | Monroe, MI 48161 |

| | |
|---|---|
| Date:  November 20, 2019 | /s/<u>Myra Gilmore</u> |
| | Bankruptcy Specialist |
| | Orlans PC |
| | Attorney for Sun West Mortgage Company, Inc. |
| | P.O. Box 5041 |
| | Troy, MI 48007 |
| | (248) 502-1400 |
| | Email: crule@orlans.com |
| | File Number: 17-014957 |