**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

THOMAS E C PRIMEAU
TERRILYNN L PRIMEAU
                        Debtors

CHAPTER **13**
Case No. 17-44768-LSG
Judge LISA S. GRETCHKO

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND**
**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS;**
**NOTICE TO CREDITORS OF OBLIGATION TO**
**FILE A RESPONSE AND RIGHT TO OBJECT; AND**
**NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION**

*Please read this Report carefully. It advises you of certain*
*rights and deadlines imposed pursuant to the law.*
**Your rights may be adversely affected.**

David Wm. Ruskin, Standing Chapter 13 Trustee, pursuant to F.R.Bankr.P. 3002.1(f) and E.D. Mich. LBR 2015-3(a)(1), reports to the Court that the above-named Debtors have completed all payments under the confirmed Chapter 13 plan.

This notice is provided pursuant to F.R.Bankr.P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtors' principal residence and whose claims are provided for under 11 U.S.C. 1322(b)(5).

> **IF YOUR CLAIM WAS PAID BY THE TRUSTEE, THE DEBTORS HAVE PAID IN FULL THE AMOUNT REQUIRED TO CURE ANY DEFAULT ON YOUR CLAIM.**
>
> **IF YOUR CLAIM WAS PAID DIRECTLY BY THE DEBTORS OR THE AUTOMATIC STAY WAS LIFTED DURING THE TERM OF THE DEBTORS' CHAPTER 13 PLAN, THE TRUSTEE DOES NOT HAVE ANY INFORMATION REGARDING WHETHER THIS OBLIGATION IS CURRENT.**
>
> **PURSUANT TO F.R.BANKR.P. 3002.1(g), YOU ARE REQUIRED TO FILE AND SERVE A RESPONSE ON THE DEBTORS, DEBTORS' COUNSEL AND THE TRUSTEE, NO LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE. F.R.BANKR.P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE REQUIRED RESPONSE.**

©2016 David Wm. Ruskin

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(2), if the Court determines that Debtors' are eligible for a Discharge, the Order of Discharge will include findings that:

1. All allowed claims have been paid in accordance with the plan; and

2. With respect to any secured claim that continues beyond the term of the plan, any prepetition or post-petition defaults have been cured.

Pursuant to E.D. Mich. LBR 2015-3(a)(3), if the Court determines that Debtors' are eligible for a Discharge, the Order of Discharge will direct that:

1. Any creditor who held a secured claim that was fully paid shall execute and deliver to the Debtors a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and

2. Any creditor who holds a secured claim that continues beyond the term of the plan shall take no action inconsistent with the findings set forth in the Order of Discharge.

### RIGHTS AND DUTIES OF DEBTORS

**Duty of Debtors regarding secured debt obligations:** Every Debtor, regardless of whether the Debtor is or claims to be entitled to a discharge, must:

1. Immediately begin making the required payments on secured debt obligations to avoid defaulting on those secured debt obligations.

2. Continue to make required payments on secured debt obligations until those obligations are paid in full. If the Court determines that the Debtors are eligible for a Discharge, the Chapter 13 Discharge will not discharge the Debtors from any obligation on any continuing secured debt payments that come due after the date of the Debtors' last payment under the Plan.

*See* E.D. Mich. LBR 2015-3(a)(6)&(7).

**If the Debtor claims to be eligible for a discharge pursuant to 11 USC Section 1328:**

1. Within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor must file with the Court the Certification Regarding Domestic Support Obligations. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

2. If this is a Joint Case, each Debtor must separately complete and file the Certification Regarding Domestic Support Obligations. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

3. If the Debtor fails to complete and file the Certification Regarding Domestic Support Obligations within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor's case may be closed by the Court without the entry of a discharge. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

## RIGHTS AND DUTIES OF CREDITORS

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(4), if any party in interest asserts that:

1. The Debtors have failed to make all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; or

2. The Debtors are not current in any payments the Debtors were authorized to make directly to a creditor; or

3. One or more allowed claims have not been paid in accordance with the plan; or

4. With respect to any secured claim that continues beyond the term of the plan, there remains prepetition or post-petition defaults that have not been cured; or

5. A creditor has a lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; or

6. There exists reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtors; or

    (b) There is pending any proceeding in which the Debtors may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

the party may file an objection to this Report. Any objection must be filed not later than 21 days after service of this Trustee's Report. If a timely objection is filed, the Court will delay entry of the order of discharge until the Court resolves the objection and a hearing will be scheduled with notice to the objecting party.

In addition to the requirements of F.R.Bankr.P. 3002.1(g), if no objection to this Trustee's Report is timely filed, pursuant to E.D. Mich. LBR 2015-3(a)(5), it shall be conclusively determined that:

1. Debtors have made all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; and

2. Debtors are current in all payments Debtors were authorized to make directly to a creditor; and

3. All allowed claims have been paid in accordance with the plan; and

4. With respect to any secured claim that continues beyond the term of the plan, all prepetition and post-petition defaults have been cured; and

©2016 David Wm. Ruskin

5. A creditor has no lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and;

6. There exists no reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtors; or

    (b) There is pending any proceeding in which the debtors may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

7. The Court may enter an order of discharge containing the terms set forth above without further notice or hearing.

                          OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
                          David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: December 15, 2022

/s/ John P. Kapitan
DAVID WM. RUSKIN (P26803)
Attorney and Chapter 13 Standing Trustee
JOHN P. KAPITAN (P61901)
CHRISTOPHER P. REILLY (P54168)
26555 Evergreen Road Ste 1100
Southfield, MI 48076-4251
Telephone (248) 352-7755

©2016 David Wm. Ruskin

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
THOMAS E C PRIMEAU
TERRILYNN L PRIMEAU
              Debtors

CHAPTER 13
Case No. 17-44768-LSG
Judge LISA S. GRETCHKO

**PROOF OF SERVICE OF TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS;
NOTICE TO CREDITORS OF OBLIGATION TO
FILE A RESPONSE AND RIGHT TO OBJECT; AND
NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION**

    I hereby certify that on December 15, 2022, I electronically filed the TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    The following parties were served electronically:

Gregory T Osment & Assoc Pllc
13 Washington Street Suite 2
Monroe, MI  48161

    The parties on the attached list were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto .

/s/ Deanna Thiel
_____
Deanna Thiel
For the Office of the Chapter 13 Standing Trustee-Detroit
26555 Evergreen Road Ste 1100
Southfield, MI 48076-4251
(248) 352-7755

©2016 David Wm. Ruskin

THOMAS E C PRIMEAU
TERRILYNN L PRIMEAU
73454 CHURCH STREET
ARMADA, MI 48005-3336

TERRILYNN L PRIMEAU
THOMAS E C PRIMEAU
430 THEODORE DR
MONROE, MI 48162

1ST JUDICIAL DISTRICT COURT OF MONROE
106 E FIRST ST
MONROE, MI 48161

ACAR LEASING LTD DBA GM FINANCIAL LEASING
P O BOX 183853
ARLINGTON, TX 76096

ACAR LEASING LTD DBA GM FINANCIAL LEASING
75 REMITTANCE DR #1738
CHICAGO, IL 60675-1738

BILL ME LATER INC AS SERVICER FOR SYNCHRONY BANK
% WEINSTEIN & RILEY PS
P O BOX 3978
SEATTLE, WA 98124-3978

BILL ME LATER INC AS SERVICER FOR SYNCHRONY BANK
% WEINSTEIN & RILEY PS
2001 WESTERN AVE #400
SEATTLE, WA 98121

CAPITAL ONE
P O BOX 30285
SALT LAKE CITY, UT 84130-0285

CHASE
P O BOX 15298
WILMINGTON, DE 19850-5298

CHECK N GO
% REAL TIME RESOLUTIONS
P O BOX 567749
DALLAS, TX 75356-7749

CHECK N GO
% REAL TIME RESOLUTIONS
P O BOX 566027
DALLAS, TX 75356-6027

CHECK N GO
325 S TELEGRAPH
MONROE, MI 48161

CITI CARDS
P O BOX 6004
SIOUX FALLS, SD 57117

CITI CARDS/CITIBANK
P O BOX 6241
SIOUX FALLS, SD 57117

COMENIT CAPITAL BANK/PAY PAL
P O BOX 5138
LUTHERVILLE TIMONIUM, MD 21094

COMENITY BANK
P O BOX 659728
SAN ANTONIO, TX 78265-9728

COMENITY BANK
P O BOX 182120
COLUMBUS, OH 43218

DFAS
P O BOX 998002
CLEVELAND, OH 44199-8002

©2016 David Wm. Ruskin

GM FINANCIAL/%AMERICREDIT
P O BOX 183123
ARLINGTON, TX 76096-3123

GOODYEAR/CBSD
P O BOX 6497
SIOUX FALLS, SD 57117-6497

IC SYSTEMS
P O BOX 64378
ST PAUL, MN 55164

LVNV FUNDING LLC
% RESURGENT CAPITAL SERVICES
P O BOX 10587
GREENVILLE, SC 29603-0587

MATTHEW LARK DDS
4315 N HOLLAND-SYLVANIA RD
TOLEDO, OH 43623

MICHIGAN GAS UTILITIES
P O BOX 19003
GREEN BAY, WI 54307

MICHIGAN UNITED CREDIT UNION
576 E LINCOLN ST
BIRMINGHAM, MI 48009

MIDLAND FUNDING FOR SYNCB
2365 NORTHSIDE DR STE 300
SAN DIEGO, CA 92108

MIDLAND FUNDING LLC
% MIDLAND CREDIT MANAGEMENT INC
P O BOX 2011
WARREN, MI 48090

MONROE COUNTY COMMUNITY CU
715 N TELEGRAPH RD
MONROE, MI 48162

MRS BPO LLC
1930 OLNEY AVE
CHERRY HILL, NJ 08003

NAVIENT
P O BOX 9635
WILKES BARRE, PA 18773

NAVIENT SOLUTIONS LLC ON BEHALF OF
THE DEPT OF EDUCATION
% NAVIENT - U S DEPT OF ED SERVICING
P O BOX 4450
PORTLAND, OR 97208-4450

NAVIENT SOLUTIONS LLC ON BEHALF OF
THE DEPT OF EDUCATION
P O BOX 9635
WILKES BARRE, PA 18773-9635

NAVIENT SOLUTIONS ON BEHALF OF DEPT
OF EDUCATION
% NAVIENT SOLUTIONS
P O BOX 740351
ATLANTA, GA 30374-0351

NAVIENT SOLUTIONS ON BEHALF OF DEPT
OF EDUCATION
% NAVIENT SOLUTIONS
P O BOX 9635
WILKES-BARRE, PA 18773-9635

NORTHLAND GROUP INC.
P O BOX 390905
MINNEAPOLIS, MN 55439

NORTHSTAR LOCATION SERVICES
4285 GENESEE STREET
CHEEKTOWAGA, NY 14225

PORTFOLIO RECOVERY
P O BOX 41067
NORFOLK, VA 23541

PORTFOLIO RECOVERY ASSOCIATES LLC
P O BOX 12914
NORFOLK, VA 23541

PORTFOLIO RECOVERY FOR CITIBANK
120 CORPORATE BLVD STE 100
NORFOLK, VA 23502

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
P O BOX 788
KIRKLAND, WA 98083-0788

©2016 David Wm. Ruskin

ROSS STUART & DAWSON INC.
691 N SQUIRREL RD.  #175
AUBURN HILLS, MI 48326

SHERMAN ACQUISITIONS
%KARA L BAILEY
24300 KARIM BLVD
NOVI, MI 48375

SUN WEST MORTGAGE COMPANY
18000 STUDEBAKE RD #200
CERRITOS, CA 90703

SUN WEST MORTGAGE COMPANY
18000 STUDEBAKER RD #200
CERRITOS, CA 90703

SYNCB
% PORTFOLIO RECOVERY SER
120 CORPORATE BLVD
NORFOLK, VA 23502

SYNCB/LOWES
P O BOX 965005
ORLANDO, FL 32896

SYNCHRONY BANK
% PRA RECEIVABLES MANAGEMENT LLC
P O BOX 41021
NORFOLK, VA 23541

SYNCHRONY BANK
% PRA RECEIVABLES MANAGEMENT LLC
P O BOX 41031
NORFOLK, VA 23541

U S BANK NA FOR RMTP TRUST SERIES 2021
% RUSHMORE LOAN MANAGEMENT SERVICES
P O BOX 52708
IRVINE, CA 92619-2708

U S BANK NA FOR RMTP TRUST SERIES 2021
% RUSHMORE LOAN MANAGEMENT SERVICES
P O BOX 55004
IRVINE, CA 92619-2708

UNITY CREDIT UNION
% BUTLER  BUTLER & ROWSE-OBERLE PLLC
24525 HARPER AVE #2
ST CLAIR SHORES, MI 48080

WELTMAN WEINBERG & REIS CO
P O BOX 93784
CLEVELAND, OH 44101

©2016 David Wm. Ruskin