# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 17-44768 |
| Thomas E. C. Primeau<br>Terrilynn L. Primeau | Chapter 13 |
| Debtors. | Judge Lisa S. Gretchko |

## ORDER RESOLVING OBJECTION TO TRUSTEE'S NOTICE OF FINAL CURE

This matter came before the Court upon the Trustee's Notice of Final Cure ("Notice"; ECF No. 172) and response thereto ("Response"; ECF No. 175) filed by U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V ("Creditor"). The parties have resolved the matter and a stipulation ("Stipulation"; ECF No. 179) among between Debtors, the Creditor, and the Chapter 13 Trustee has been filed consenting to the terms of this Order. The Court has reviewed the Notice, the Response and the the Stipulation. Based upon the Stipulation, the Court finds cause to enter this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The default in the amount of $5,041.53 will survive any discharge granted under 11 U.S.C. 1328(a) in this Chapter 13 case..

2. The Debtors and Creditor may resolve said default post-discharge via post-bankruptcy loan modification or in some other way.

**Signed on January 23, 2023**



/s/ Lisa S. Gretchko

Lisa S. Gretchko
**United States Bankruptcy Judge**